**SEYFARTH SHAW LLP**
Leo Q. Li (SBN 293539)
lli@seyfarth.com
Sofya Perelshteyn (SBN 320931)
sperelshteyn@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:    (310) 277-7200
Facsimile:    (310) 201-5219

Eric E. Hill (SBN 173247)
ehill@seyfarth.com
Ping Wang (SBN 351428)
pwang@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105-2930
Telephone:    (415) 397-2823
Facsimile:    (415) 397-8549

Attorneys for Defendants
Kimpton Hotel & Restaurant Group, LLC;
KHRG Canary LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAVERLY LATOURETTE as an individual and on behalf of all other similarly situated Class Members,<br><br>Plaintiff,<br><br>v.<br><br>KIMPTON HOTEL & RESTAURANT GROUP, LLC, a Delaware Limited Liability Company; KHRG CANARY LLC, a Delaware Limited Liability Company; and DOES 1-100, inclusive,<br><br>Defendants. | **CLASS ACTION**<br><br>Case No. _____<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>**Fed. R. Civ. P. 7.1**<br><br>[San Francisco County Superior Court Case No. CGC-24-613426]<br><br>Complaint Filed: 03/26/2024 |

DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

311064298v.1

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HER COUNSEL OF RECORD:**

Pursuant to Fed. R. Civ. P. 7.1, Defendants Kimpton Hotel & Restaurant Group LLC and KHRG Canary LLC, (collectively, "Defendants") state as follows:

Defendants are a wholly owned subsidiary of Dunwoody Operations, LLC. Defendants also have an ultimate parent, InterContinental Hotels Group PLC, the shares of which are listed on the London Stock Exchange.

InterContinental Hotels Group PLC facilitates foreign investment in its shares by means of American Depositary Receipts (evidencing American Depositary Shares), which are issued by JP Morgan Chase & Co. and tradable on the New York Stock Exchange. InterContinental Hotels Group PLC is listed on the New York Stock Exchange as "IHG."

No publicly held company owns 10% or more of InterContinental Hotels Group PLC's shares. Therefore, no publicly held corporation owns 10% or more of IHG's stock.

DATED: May 15, 2024

SEYFARTH SHAW LLP

By: /s/ *Leo Q. Li*
     Leo Q. Li
     Sofya Perelshteyn
     Eric E. Hill
     Ping Wang

     Attorneys for Defendants
     KIMPTON HOTEL & RESTAURANT
     GROUP, LLC; KHRG CANARY LLC

1

311064298v.1